

July 20, 2020

Matthew J. Weldon
Matthew.Weldon@klgates.com

T +1 212 536 4042
F +1 212 536 3901

**Via ECF**

Hon. P. Kevin Castel
United States District Judge
United State Courthouse, 11D
500 Pearl Street
New York, New York 10007

Re: *In re BlueBay Asset Management*, Civil Action No. 20-mc-233 (PKC)
NOTICE OF WITHDRAWAL OF MOTION TO COMPEL

Dear Judge Castel:

I write on behalf of the Applicants in the above referenced action ("**Applicants**") in regards to my letter dated July 6, 2020 (the "**Letter**") (ECF No. 7), and Your Honor's Memo Endorsement of July 7, 2020 (ECF No. 8), deeming the Letter a motion to compel against Fitch Ratings, Inc. pursuant to Rule 45(d)(2)(B)(ii) (the "**Motion**").

The parties have resolved the issues underlying the Motion on Friday, July 17, 2020, and as a result, Applicants respectfully request that the Motion be withdrawn.

We thank the Court for its attention to this matter.

Respectfully,

Matthew J. Weldon

cc: Fitch Ratings, Inc. (*by Email*)

Letter motion to compel (Doc 8) deemed withdrawn. The Clerk shall terminate Doc 13.
SO ORDERED
USDJ
7-28-20

K&L GATES LLP
599 LEXINGTON AVENUE  NEW YORK  NY 10022-6030
T +1 212 536 3900  F +1 212 536 3901  klgates.com